UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADRIAN JASIR GOMEZ, ELIANA ESPINOSA, and G.S.,

        Plaintiffs,

v.                            Case No. 6:24-cv-1318-JSS-LHP

PAUL COOPER, SOEMI RIVERA, and YANSELL MARTINEZ,

        Defendants.
_____/

**ORDER**

This matter is before the court on the Letter/Complaint (Dkt. 1) filed by Plaintiffs. Plaintiff Adrian Jasir Gomez is incarcerated at the Taylor Correctional Institution. There are no allegations concerning the residences of Plaintiffs Eliana Espinosa and G.S. Plaintiffs are proceeding *pro se*, and they initiated this case by filing the Letter/Complaint. Plaintiffs did not pay the filing fee or file a motion to proceed *in forma pauperis*.

Plaintiffs allege that in May 2023, in Apopka, Florida, Plaintiffs Eliana and G.S. were involved in a shooting resulting in both being "severely shot [and] wounded." (*Id.* at 1.) Plaintiffs allege that they are in fear for their lives and that more harm will be done to them. (*Id.*)

It is not clear what relief Plaintiffs are seeking or the statutory or legal basis upon which they are seeking relief. Further, the court is unable to discern the basis upon

which the court has jurisdiction over this case or what claims Plaintiffs are attempting to assert. As currently written, the allegations in Letter/Complaint are vague and conclusory.

Moreover, Plaintiffs have not properly initiated a case under Federal Rule of Civil Procedure 3, which requires that "[a] civil action is commenced by filing a complaint with the court." If Plaintiffs intend to file a civil rights action, they must file a complaint in accordance with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 3, 8, 10, 11. Further, Plaintiffs must use the required prisoner civil rights complaint form. *See* M.D. Fla. Loc. R. 6.04(a) (requiring pro se plaintiff prisoners to use the standard form to file a civil complaint). The form requires a plaintiff to include detailed information regarding the defendant(s) a plaintiff intends to sue, the plaintiff's litigation history, a statement of the plaintiff's claims and facts, and the relief the plaintiff requests.

If Plaintiffs desire to proceed *in forma pauperis* in this court, they must submit a fully completed affidavit of indigency. The Clerk's Office shall send to Plaintiffs both the form for a civil rights complaint and the form for a motion for leave to proceed *in forma pauperis*. If Plaintiffs choose to file a new case, they may complete and submit the appropriate forms. Plaintiffs should not place this case number on the form(s), as the Clerk will assign a separate case number.

As a result, this case will be dismissed without prejudice to give Plaintiffs the opportunity to properly file a complaint and to either pay the appropriate filing fee or submit an affidavit of indigency to the court.

Accordingly:

1. This case is **DISMISSED without prejudice**.
2. The Clerk is directed to close this case.

**ORDERED** in Orlando, Florida, on July 25, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties

3